AMERICAN NURSES ASSOCIATION v. PASSAIC
GENERAL HOSPITAL.

May 22, 1984.

Petition for certification granted. (See 192 *N.J.Super.* 486)

AMERICAN NURSES ASSOCIATION v. THE INSURANCE
COMPANY OF NORTH AMERICA.

May 22, 1984.

Petition for certification granted. (See 192 *N.J.Super.* 486)

ITHACA, INC. v. MIDLANTIC NATIONAL BANK/SOUTH.

May 22, 1984.

Petition for certification denied.

GAIL OKONIEWSKI v. ROBERT F. ZAMPOLIN.

May 22, 1984.

Petition for certification denied.